UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 25-62612-CIV-DAMIAN/STRAUSS

BENJAMIN C. OLSEN,
         Plaintiff,
v.
UNITED STATES DEPARTMENT
OF THE INTERIOR,
         Defendant.
_____/

**JOINT STATUS REPORT**

Pursuant to the Court's Order Setting Procedures and Briefing Schedule in Freedom of Information Act Cases (ECF No.5), Plaintiff, Benjamin C. Olsen, and Defendant, United States Department of the Interior, file this joint status report advising the Court what progress has been made in resolving the issue(s) in the case and what remains to be done.

On April 20, 2026, both parties filed their second Joint Status Report (ECF No. 11).

On May 5, 2026, Defendant filed its Response to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment (ECF No. 12) as well as its Declaration of Leah Fairmain (ECF No. 12-1) and its Declaration of Nicholas Banco (ECF No. 12-2).

On May 6, 2026, the case was referred to United States Magistrate Judge Jared M. Strauss for resolution of all non-dispositive motions and for a report and recommendation on dispositive motions. (ECF No. 13)

The Court had set a briefing schedule for summary judgment pursuant to which Plaintiff was required to file its response to Defendant's Cross Motion for Summary Judgment and a reply to Defendant's Response to Plaintiff's Motion for summary judgment on or before May 20, 2026.

On May 20, 2026, Plaintiff filed an unopposed motion for a two-week extension of time to respond to Defendant's Cross Motion for Summary Judgment and reply to Defendant's Response to Plaintiff's Motion for Summary Judgement with a proposed order attached (ECF No.14).

1

On May 20, 2026, the Court approved the unopposed motion for a two-week extension of time to respond to Defendant's Cross Motion for Summary Judgment and Reply to Defendant's Response to Plaintiff's Motion for Summary Judgement. Plaintiff was therefore required to file his combined response/reply by June 3, 2026 (ECF No. 15).

On June 3, 2026 Plaintiff filed his Response to Defendant's Cross Motion for Summary Judgement and Reply to Defendant's Response to Plaintiff's Motion for Summary Judgement (ECF No. 16) as well as his Affidavit and Exhibits A-J (ECF No.16-1 through ECF No. 16-11).

Matters for the Court to resolve will include whether the rate at which Defendant intends to process and produce responsive, non-exempt material to Plaintiff is reasonable and, if the Court determines that it is not reasonable, then the Court will decide what rate is reasonable.

Date:  June 4, 2026

Respectfully submitted,

MORGAN, OLSEN & OLSEN, LLP
Attorneys for Plaintiff
633 S. Federal Highway, Suite 400A
Fort Lauderdale, FL 33301
Phone: (954) 524-311/Fax: (954) 463-3570
Email: golsen@morganolsen.com

/s/Gregory G. Olsen
GREGORY G. OLSEN, ESQUIRE
F.B.N. 247251

- and –

JASON REDING QUINONES
UNITED STATES ATTORNEY

By:    /s/Carlos Raurell
Assistant U.S. Attorney
Florida Bar No. 529893
Email: Carlos.Raurell@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: 305-961-9243
*Counsel for Defendant*