UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 25-62612-CIV-DAMIAN/STRAUSS

BENJAMIN C. OLSEN,
        Plaintiff,
v.

UNITED STATES DEPARTMENT
OF THE INTERIOR,
        Defendant.
_____/

**JOINT STATUS REPORT**

Pursuant to the Court's Order Setting Procedures and Briefing Schedule in Freedom of Information Act Cases (ECF No.5), Plaintiff, Benjamin C. Olsen, and Defendant, United States Department of the Interior, file this joint status report advising the Court what progress has been made in resolving the issue(s) in the case and what remains to be done.

On June 4, 2026, both parties filed their third Joint Status Report (ECF No. 17).  The Defendant agency has continued making monthly productions of responsive material.

Matters for the Court to resolve will include the Court's resolution of the pending cross motions for summary judgment.

Date:  July 20, 2026

Respectfully submitted,

MORGAN, OLSEN & OLSEN, LLP
Attorneys for Plaintiff
633 S. Federal Highway, Suite 400A
Fort Lauderdale, FL 33301
Phone: (954) 524-311/Fax: (954) 463-3570
Email: golsen@morganolsen.com

/s/Gregory G. Olsen
GREGORY G. OLSEN, ESQUIRE
F.B.N. 247251

- and –

1

JASON REDING QUINONES
UNITED STATES ATTORNEY

By:   /s/Carlos Raurell
       Assistant U.S. Attorney
       Florida Bar No. 529893
       Email: Carlos.Raurell@usdoj.gov
       99 N.E. 4th Street, Suite 300
       Miami, Florida 33132
       Tel: 305-961-9243
       *Counsel for Defendant*